**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**RUEBEN ESPIRICUETA**,

Plaintiff,

v.

**TODD INVESTMENT COMPANY, dba DOLLAR RENT A CAR, *et al.***,

Defendants.

Case No. 3:18-cv-1593-SI

**JUDGMENT**

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 2nd day of November, 2018.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge